UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Exhibit A

MICHAEL ADAMS,

                                    *Plaintiff,*

v.

KEYSTONE 1021 EIGHTH AVENUE LLC and
FLORA TASTE EXPERIENCE, LLC,

                                    *Defendants.*

Case No: 1:24-cv-06457-RER-VMS

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel, that the above-entitled action against Defendants shall be and is hereby dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: 2/13/2025

JENNIFER TUCEK LLC

By: /s/ _____
Jennifer Tucek, Esq.
641 Lexington Avenue, 15th Floor
New York, NY 10022
tuceklaw@gmail.com
*Attorneys for Plaintiff*

LAW OFFICES OF MICHAEL K. CHONG, LLC

By: /s/ Michael K. Chong
Michael Chong, Esq.
2 Executive Drive, Suite 240
Fort Lee, NJ 07024
MKC@mkclawgroup.com
*Attorneys for Defendant
Keystone 1021 Eighth Avenue LLC*

TAYLOR & COHEN LLP

By: /s/ _____
Zachary Stewart Taylor, Esq.
305 Broadway, 7th Floor
New York, NY 10007

6